Exhibit A

HuifenMo

No. 7, Wenjiao Road, Fuyang Town,

Fuchuan, Guangxi CHINA

Tel: +86-13858255607

Email: 466372807@g9.com

Plaintiff in Pro Se

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/15/2025 4:19 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By G. Delgado, Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES

## Limited Civil Case

| | |
|---|---|
| HuifenMo | Case number:  25STLC05440 |
| Plaintiff, | COMPLAINT FOR: |
| vs. | 1. Anti-trust violations |
| Internet Corporation for Assigned | 2. declaratory relief |
| Names and Numbers | 3. Unfair business practices |
| Verisign, Inc. | |
| defendant | |

-1-

## I. essential information

1. The plaintiff HuifenMo is a Chinese citizen who filed an antitrust lawsuit against the single word.COM domain name.

2. The defendant, Internet Corporation for Assigned Names and Numbers (ICANN), is a California non-profit public benefit organization with its principal business locations:

Room 300,12025 Riverside Boulevard, Los Angeles, California, USA

Tel: +1 310 301 5800 Fax: +1 310 823 8649

3. The defendant, VeriSign Inc., is a domain name registration and management company, and its main business locations are:

12061 Bluemont Way, Reston, Virginia, USA. Postal code: 20190

Tel: +1 703-948-3200

## II、 competence of court

ICANN is a non-profit organization headquartered in Los Angeles, California. The California Supreme Court of Los Angeles County has jurisdiction over antitrust lawsuits.

Credit Suisse was involved in ICANN's illegal activities. As a domain name registrar, you should be involved in the lawsuit.

## III. according to law

- California Unfair Competition Act
- The Carterite method

## IV. Competence of the accused

ICANN and VeriSign imposed registration barriers that prevented service providers from offering registration services to plaintiffs, which formed the basis of the lawsuit. Most monopolistic companies do not directly contract with users. Maintaining partnerships with sales agents qualifies them for litigation. Furthermore, even without contractual agreements, plaintiffs can still meet prosecution requirements by demonstrating they initiated

registration processes when monopolistic companies refused to register. The core of antitrust litigation lies in "you're unwilling to sell to me" —meaning the company's refusal to sign contracts. In this case, Chinese courts have confirmed contractual relationships between plaintiffs and registrants. To enhance litigation efficiency, registrants were not named as defendants, though this does not affect the case's adjudication.

- The California Unfair Competition Act (UCL) allows indirect purchasers to file antitrust lawsuits based on antitrust violations.
- The Cartwright Act allows indirect purchasers to file antitrust lawsuits based on antitrust violations
- The plaintiff has a contractual relationship with Guangdong Times Internet Technology Co., LTD.

## V. limitation

In the case (2019 Jing 73 Min Chu No.1353), the plaintiff sued VeriSign for refusing to register 67 domain names. The court dismissed the lawsuit, which was later overturned by the Supreme People's Court in case (2019 Zui Gao Fa Zhi Min Zhong No.715) and ordered a retrial. On September 25,2020, the Beijing Intellectual Property Court issued a civil ruling dismissing the lawsuit (2020 Jing 73 Min Chu No.847). The plaintiff filed an appeal on October 17,2020, mailed the appeal on October 18,2020, and received it on October 19,2020. However, the Beijing Intellectual Property Court's judge withheld the appeal petition. The plaintiff subsequently lodged complaints with the State Administration for Market Regulation (2022-03-28), President Xi Jinping (2023-09-01), President Zhang Jun of the Supreme People's Court (2023-09-01), Beijing High Court (2023-09-28), Supreme People's Court (2023-10-10), and UN Human Rights Organization (2024-11-16). To ensure the statute of limitations, the plaintiff filed a new registration claim with Xinwang on April 19,2025, attaching the civil

-3-

judgment document from the U.S. District Court for the Southern District of New York (CM.COM). Statute of limitations begins when a party ceases to act. Since the plaintiff has been continuously filing complaints and petitions, the appeal case (2020 Jing 73 Min Chu No.847) remains pending, perpetuating the statute of limitations. No circumstances have interrupted the statute of limitations in this case.

VI、background

In 1993,35 single-character domain names were reserved by IANA's technical representatives, and IANA later became an internal body of ICANN, but two single-character COM domain names were registered by outside parties in 1997 and 1999 respectively.

z.com created on: December 19,1997 T05:00:00Z

q.com created on March 30,1999 T05:00:00Z

The original intention of the IANA technical representatives was to prevent others from registering A.COM to develop abc.A.COM and make money.

2. On November 10,1999, ICANN entered into a domain name agreement with NSI (later acquired by Verisign) that contained no reserved domain names.

3. On May 25,2001, ICANN and VeriSign entered into a domain name agreement that provides for reservations: C. The measures permitted under Article 3 (A)(ii)(b) above shall include, but not be limited to, those adopted by consensus policy in accordance with Article 4 of this Agreement:

(I) Domain name registration allocation principles (e.g., first come, first served, timely renewal, expiration retention period);

-4-

1  (Ii) It is prohibited for the Registry or registrars to hoard or speculate

2  domain names;

3  (iii) Retaining a registered domain name that may not have been originally

4  registered or cannot be renewed for legal reasons, such as: (a) to avoid

5  confusion or mislead users; (b) intellectual property rights; or (c) technical

6  management of DNS or the Internet (e.g., "example.com" and single-

7  letter/digital names);

8  However, as shown in the normative agreement in Annex O, Appendix K

9  has never appeared in the body of the agreement. Appendix K:

10  **Keep the name schedule**

11  Unless otherwise authorized in writing by ICANN, the Registry Operator

12  shall retain names consisting of the following labels derived from initial (i.e.,

13  non-renewed) registrations of top-level domains:

14  A. Retain all levels of labels. The following names shall be retained at the

15  second level domain and all other top-level domain levels registered by the

16  registry: see Annex A2

17  ● Names associated with ICPN:

18  Aso Aso.com Created on: 5 January 1998T05:00:00Z Aso Aso.com

19  Created on: 5 January 1998T05:00:00Z        Aso Aso.com Created on: 5

20  January 1998T05:00:00Z Aso Aso.com Created on: 5 January

21  1998T05:00:00Z

22  Dnso Dnso.com Created on: 17 January 1999 T05:00:00Z Dnso

23  Dnso.com Created on: 17 January 1999 T05:00:00Z        Dnso Dnso.com

24  Created on: 17 January 1999 T05:00:00Z Dnso Dnso.com Created on: 17

25  January 1999 T05:00:00Z

26  Icann Icann.com Created on: 14 September 1998 T04:00:00Z Icann

27  Icann.com Created on: 14 September 1998 T04:00:00Z        Icann

-5-

1  Icann.com Created on: 14 September 1998 T04:00:00Z Icann Icann.com

2  Created on: 14 September 1998 T04:00:00Z

3      Internic Internic.com Created on: 6 June 1997 T04:00:00Z

4      Pso PSO.COM Created on: 2 December 1996 T05:00:00Z Pso

5  PSO.COM Created on: 2 December 1996 T05:00:00Z          Pso

6  PSO.COM Created on: 2 December 1996 T05:00:00Z Pso PSO.COM

7  Created on: 2 December 1996 T05:00:00Z

8  ● Names associated with IANA:

9      Afrinic●AFRINIC.COM Creation date: 17 June 2004 T18:38:56Z

10      Apnic APNIC.COM Created on: 4 January 1997 T05:00:00Z. Apnic

11  APNIC.COM Created on: 4 January 1997 T05:00:00Z          Apnic

12  APNIC.COM Created on: 4 January 1997 T05:00:00Z. Apnic APNIC.COM

13  Created on: 4 January 1997 T05:00:00Z

14      Arin ARIN.COM Created on: 12 September 1996 T04:00:00Z Arin

15  ARIN.COM Created on: 12 September 1996 T04:00:00Z          Arin

16  ARIN.COM Created on: 12 September 1996 T04:00:00Z Arin ARIN.COM

17  Created on: 12 September 1996 T04:00:00Z

18      Example.COM created on: 14 August 1995

19  ● gtld server：

20      Iab IAB.COM Created at 05:00Z on February 2, 1995 Iab IAB.COM

21  Created at 05:00Z on February 2, 1995          Iab IAB.COM Created at

22  05:00Z on February 2, 1995. Iab IAB.COM Created at 05:00Z on February

23  2, 1995

24      Iana IANA.COM Created on: 29 July 1996 T04:00:00Z Iana

25  IANA.COM Created on: 29 July 1996 T04:00:00Z          Iana IANA.COM

26  Created on: 29 July 1996 T04:00:00Z Iana IANA.COM Created on: 29 July

27  1996 T04:00:00Z

28  ● iana server：

-6-

1       Iesg does not match the domain "IESG.COM". Iesg does not match the

2    domain "IESG.COM".       Iesg does not match the domain "IESG.COM".

3    Iesg does not match the domain "IESG.COM".

4       Ietf IETF.COM Created on: 26 April 2000 T10:50:04Z Ietf IETF.COM

5    Created on: 26 April 2000 T10:50:04Z       Ietf IETF.COM Created on: 26

6    April 2000 T10:50:04Z Ietf IETF.COM Created on: 26 April 2000

7    T10:50:04Z

8       Irtf IRTF.COM created on 6 June 2000 T11:48:54Z Irtf IRTF.COM

9    created on 6 June 2000 T11:48:54Z       Irtf IRTF.COM created on 6 June

10    2000 T11:48:54Z Irtf IRTF.COM created on 6 June 2000 T11:48:54Z

11       Istf Istf. Creation date: 18 December 1999 T21:27:30Z Istf Istf.

12    Creation date: 18 December 1999 T21:27:30Z       Istf Istf. Creation date:

13    18 December 1999 T21:27:30Z Istf Istf. Creation date: 18 December 1999

14    T21:27:30Z

15       Lacnic does not match the domain name "LACNIC.COM".

16       Latnic LATNIC.COM Created on: 6 February 2000 T01:08:24Z

17       Ripe RIPE.COM Created on: 12 December 1995 T05:00:00Z

18       B. Other secondary retention names. In addition to the above names, the

19    following names shall be retained:

20       ● All single character tags.

21    ● Two-character labels must be reserved in advance. Registrars may only

22    release these reserved label strings after reaching agreements with

23    governments, national code authorities, or ISO 3166 maintenance

24    organizations. Additionally, registrars may propose releasing such reserved

25    labels based on their implementation measures to prevent confusion with

26    corresponding national codes.

-7-

1    PL.COM Creation date: 17 June 2001 T10:31:19Z PL.COM Creation

2    date: 17 June 2001 T10:31:19Z            PL.COM Creation date: 17

3    June 2001 T10:31:19Z PL.COM Creation date: 17 June 2001 T10:31:19Z

4    CM.COM Creation date: 2015-01-16T19:52:55Z CM.COM Creation

5    date: 2015-01-16T19:52:55Z            CM.COM Creation date: 2015-01-

6    16T19:52:55Z CM.COM Creation date: 2015-01-16T19:52:55Z

7    Arpa.COM was created on April 16,1996 T04:00:00Z

8    Arpa.COM was created on April 16,1996 T04:00:00Z. Arpa.COM was

9    created on April 16,1996 T04:00:00Z

10    Biz..COM Creation date: 1 September 1998 T04:00:00Z Biz..COM

11    Creation date: 1 September 1998 T04:00:00Z            Biz..COM Creation

12    date: 1 September 1998 T04:00:00Z Biz..COM Creation date: 1 September

13    1998 T04:00:00Z

14    .com domain name creation date: 1995-04-1304:00:00Z.com domain

15    name creation date: 1995-04-1304:00:00Z            .com domain name

16    creation date: 1995-04-1304:00:00Z.com domain name creation date: 1995-

17    04-1304:00:00Z

18    COOP.COM Creation date: 20 October 1992 T04:00:00Z COOP.COM

19    Creation date: 20 October 1992 T04:00:00Z            COOP.COM Creation date:

20    20 October 1992 T04:00:00Z COOP.COM Creation date: 20 October 1992

21    T04:00:00Z

22    EDU.COM Creation date: 24 November 1998 T05:00:00Z EDU.COM

23    Creation date: 24 November 1998 T05:00:00Z            EDU.COM Creation

24    date: 24 November 1998 T05:00:00Z EDU.COM Creation date: 24

25    November 1998 T05:00:00Z

26    GOV.COM Creation date: 18 March 1996 T05:00:00Z GOV.COM

27    Creation date: 18 March 1996 T05:00:00Z            GOV.COM Creation date:

28    18 March 1996 T05:00:00Z GOV.COM Creation date: 18 March 1996

-8-

1   T05:00:00Z

2      INFO.COM Creation date: 1 November 1989 T05:00:00Z INFO.COM

3   Creation date: 1 November 1989 T05:00:00Z       INFO.COM Creation

4   date: 1 November 1989 T05:00:00Z INFO.COM Creation date: 1 November

5   1989 T05:00:00Z

6      INT.COM Creation date: 1993-05-19T04:00:00Z INT.COM Creation

7   date: 1993-05-19T04:00:00Z       INT.COM Creation date: 1993-05-

8   19T04:00:00Z INT.COM Creation date: 1993-05-19T04:00:00Z

9      MIL.COM Creation date: 24 October 1997 T04:00:00Z MIL.COM

10  Creation date: 24 October 1997 T04:00:00Z       MIL.COM Creation date:

11  24 October 1997 T04:00:00Z MIL.COM Creation date: 24 October 1997

12  T04:00:00Z

13     MUSEUM.COM Creation date: 6 June 1997 T04:00:00Z

14  MUSEUM.COM Creation date: 6 June 1997 T04:00:00Z MUSEUM.COM

15  Creation date: 6 June 1997 T04:00:00Z MUSEUM.COM Creation date: 6

16  June 1997 T04:00:00Z

17     NAME.COM Creation date: 05:00:00Z,3 January 1995.NAME.COM

18  Creation date: 05:00:00Z,3 January 1995       NAME.COM Creation

19  date: 05:00:00Z,3 January 1995.NAME.COM Creation date: 05:00:00Z,3

20  January 1995

21     NET.COM Creation date: 8 May 1989 T04:00:00Z NET.COM Creation

22  date: 8 May 1989 T04:00:00Z       NET.COM Creation date: 8 May 1989

23  T04:00:00Z NET.COM Creation date: 8 May 1989 T04:00:00Z

24     ORG.COM Creation date: 3 November 1997 T05:00:00Z ORG.COM

25  Creation date: 3 November 1997 T05:00:00Z       ORG.COM Creation

26  date: 3 November 1997 T05:00:00Z ORG.COM Creation date: 3 November

27  1997 T05:00:00Z

28     PRO.COM Creation date: 21 February 1994 T05:00:00Z PRO.COM

-9-

1   Creation date: 21 February 1994 T05:00:00Z          PRO.COM Creation

2   date: 21 February 1994 T05:00:00Z PRO.COM Creation date: 21 February

3   1994 T05:00:00Z

4   C. Mark domain names. All labels with a hyphen in the third and fourth

5   characters

6       D. Reserved names for registry operators' operation of second-level

7   domains. The following names are reserved for registry operators to manage

8   top-level domain (TLD) registrations. Registry operators may use these

9   names in accordance with Section 24(A), but shall transfer them to ICANN-

10  compliant entities after designation as such.

11      Nic NIC.COM Created on: 7 February 1994 T05:00:00Z

12      Whois WHOIS.COM Created on: 11 April 1995 T04:00:00Z

13      www.com No match was found

14  ■  Other means without justifiable reasons

15  ■  All other reservations submitted by Arpa to PRO.COM have been

16      registered

17  ■  All two-letter domain names have been registered. Specifically, those

18      with country codes were registered after May 25,2001. All two-letter

19      domain names have been registered. Specifically, those with country

20      codes were registered after May 25,2001. All two-letter domain names

21      have been registered. Specifically, those with country codes were

22      registered after May 25,2001.    All two-letter domain names have been

23      registered. Specifically, those containing country codes were registered

24      after May 25,2001. All two-letter domain names have been registered.

25      Specifically, those containing country codes were registered after May

26      25,2001. All two-letter domain names have been registered. Specifically,

27      those containing country codes were registered after May 25,2001.  All

28      two-letter domain names have been registered. Specifically, those with

-10-

1  country codes were registered after May 25,2001. All two-letter domain

2  names have been registered. Specifically, those with country codes were

3  registered after May 25,2001. All two-letter domain names have been

4  registered. Specifically, those with country codes were registered after

5  May 25,2001.

6

7  4..com Registration agreement (1 March 2006) see Annex A3

8  ● While the core provisions of the 2001 Agreement remain unchanged,

9  Appendix K now excludes 14 domain names including Arpa. The

10  updated text introduces: (i) Registration Restrictions. Registry

11  authorities shall retain and prohibit initial registrations (non-renewal

12  registrations) for any (i) top-level domain strings listed in Annex 6 of

13  this Agreement or (ii) second-level domain names under

14  http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The fundamental

15  terms of the 2001 Agreement maintain their original structure, with

16  Appendix K specifically removing 14 domain names such as Arpa. The

17  revised text further establishes: (i) Registration Restrictions. Registry

18  authorities must preserve and prohibit initial registrations (non-renewal

19  registrations) for any (i) top-level domain strings specified in Annex 6 or

20  (ii) second-level domain names under http://data.iana.org/TLD/tlds-

21  alpha-by-domain.txt. The 2001 Agreement retains its essential

22  framework, while Appendix K specifically eliminates 14 domain names

23  including Arpa. The updated text additionally incorporates: (i)

24  Registration Restrictions. The Registry shall retain and shall not register

25  any initial registrations (i.e., non-renewal registrations) within the

26  reserved top-level domain strings listed in Annex 6 of this Agreement or

27  within the (ii) second-level domains located at

28  http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions

-11-

1  of the 2001 Agreement remain unchanged, but Appendix K no longer

2  retains 14 domain names including Arpa. However, the following new

3  clauses have been added: (i) Registration Restrictions. The Registry

4  shall retain and shall not register any initial registrations (i.e., non-

5  renewal registrations) within the reserved top-level domain strings listed

6  in Annex 6 of this Agreement or within the (ii) second-level domains

7  located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core

8  provisions of the 2001 Agreement remain unchanged, but Appendix K

9  no longer retains 14 domain names including Arpa. However, the

10  following new clauses have been added: (i) Registration Restrictions.

11  The Registry shall retain and shall not register any initial registrations

12  (i.e., non-renewal registrations) within the reserved top-level domain

13  strings listed in Annex 6 of this Agreement or within the (ii) second-

14  level domains located at http://data.iana.org/TLD/tlds-alpha-by-

15  domain.txt. The core provisions of the 2001 Agreement remain

16  unchanged, but Appendix K no longer retains 14 domain names

17  including Arpa. However, the following new clauses have been added: (i)

18  Registration Restrictions. The registration authority shall retain and not

19  register any initial registrations (i.e., non-renewal registrations) within

20  the reserved top-level domain strings listed in Appendix 6 of this

21  Agreement or within the (ii) second-level domains located at

22  http://data.iana.org/TLD/tlds-alpha-by-domain.txt. While the core

23  provisions of the 2001 Agreement remain unchanged, Appendix K no

24  longer retains 14 domain names including Arpa. However, the following

25  new clause has been introduced: (i) Registration Restrictions. The

26  registration authority shall retain and not register any initial registrations

27  (i.e., non-renewal registrations) within the reserved top-level domain

28  strings listed in Appendix 6 of this Agreement or within the (ii) second-

-12-

1    level domains located at http://data.iana.org/TLD/tlds-alpha-by-

2    domain.txt.        While the core provisions of the 2001 Agreement

3    remain unchanged, Appendix K now excludes 14 domain names

4    including Arpa. The updated text introduces: (i) Registration

5    Restrictions. Registry authorities shall retain and prohibit initial

6    registrations (non-renewal registrations) for any (i) top-level domain

7    strings listed in Annex 6 of this Agreement or (ii) second-level domains

8    located in the http://data.iana.org/TLD/tlds-alpha-by-domain.txt zone.

9    The 2001 Agreement retains its fundamental framework, but Appendix

10    K specifically excludes 14 domain names such as Arpa. The revised text

11    further establishes: (i) Registration Restrictions. Registry authorities

12    shall maintain and prohibit initial registrations (non-renewal

13    registrations) for any (i) top-level domain strings specified in Annex 6 of

14    this Agreement or (ii) second-level domains within the

15    http://data.iana.org/TLD/tlds-alpha-by-domain.txt zone. The 2001

16    Agreement maintains its core provisions, yet Appendix K explicitly

17    excludes 14 domain names including Arpa. The updated text

18    additionally introduces: (i) Registration Restrictions. The Registry shall

19    retain and shall not register any initial registrations (i.e., non-renewal

20    registrations) within the reserved top-level domain strings listed in

21    Annex 6 of this Agreement or within the (ii) second-level domains

22    located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core

23    provisions of the 2001 Agreement remain unchanged, but Appendix K

24    no longer retains 14 domain names including Arpa. However, the

25    following new clauses have been added: (i) Registration Restrictions.

26    The Registry shall retain and shall not register any initial registrations

27    (i.e., non-renewal registrations) within the reserved top-level domain

28    strings listed in Annex 6 of this Agreement or within the (ii) second-

-13-

1    level domains located at http://data.iana.org/TLD/tlds-alpha-by-

2    domain.txt. The core provisions of the 2001 Agreement remain

3    unchanged, but Appendix K no longer retains 14 domain names

4    including Arpa. However, the following new clauses have been added: (i)

5    Registration Restrictions. The Registry shall retain and shall not register

6    any initial registrations (i.e., non-renewal registrations) within the

7    reserved top-level domain strings listed in Annex 6 of this Agreement or

8    within the (ii) second-level domains located at

9    http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions

10   of the 2001 Agreement remain unchanged, but Appendix K no longer

11   retains 14 domain names including Arpa. However, the following new

12   clauses have been added: (i) Registration Restrictions. The registration

13   authority shall retain and not register any initial registrations (i.e., non-

14   renewal registrations) within the reserved top-level domain strings listed

15   in Appendix 6 of this Agreement or within the (ii) second-level domains

16   located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. While the

17   core provisions of the 2001 Agreement remain unchanged, Appendix K

18   no longer retains 14 domain names including Arpa. However, the

19   following new clause has been introduced: (i) Registration Restrictions.

20   The registration authority shall retain and not register any initial

21   registrations (i.e., non-renewal registrations) within the reserved top-

22   level domain strings listed in Appendix 6 of this Agreement or within

23   the (ii) second-level domains located at http://data.iana.org/TLD/tlds-

24   alpha-by-domain.txt.          While the core provisions of the 2001

25   Agreement remain unchanged, Appendix K now excludes 14 domain

26   names including Arpa. The updated text introduces: (i) Registration

27   Restrictions. Registry authorities shall retain and prohibit initial

28   registrations (non-renewal registrations) for any (i) top-level domain

-14-

1    strings listed in Annex 6 of this Agreement or (ii) second-level domain
2    names under http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The
3    fundamental terms of the 2001 Agreement maintain their original
4    structure, with Appendix K specifically removing 14 domain names
5    such as Arpa. The revised text further establishes: (i) Registration
6    Restrictions. Registry authorities must preserve and prohibit initial
7    registrations (non-renewal registrations) for any (i) top-level domain
8    strings specified in Annex 6 or (ii) second-level domain names under
9    http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The 2001 Agreement
10   retains its essential framework, while Appendix K specifically
11   eliminates 14 domain names including Arpa. The updated text
12   additionally incorporates: (i) Registration Restrictions. The Registry
13   shall retain and shall not register any initial registrations (i.e., non-
14   renewal registrations) within the reserved top-level domain strings listed
15   in Annex 6 of this Agreement or within the (ii) second-level domains
16   located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core
17   provisions of the 2001 Agreement remain unchanged, but Appendix K
18   no longer retains 14 domain names including Arpa. However, the
19   following new clauses have been added: (i) Registration Restrictions.
20   The Registry shall retain and shall not register any initial registrations
21   (i.e., non-renewal registrations) within the reserved top-level domain
22   strings listed in Annex 6 of this Agreement or within the (ii) second-
23   level domains located at http://data.iana.org/TLD/tlds-alpha-by-
24   domain.txt. The core provisions of the 2001 Agreement remain
25   unchanged, but Appendix K no longer retains 14 domain names
26   including Arpa. However, the following new clauses have been added: (i)
27   Registration Restrictions. The Registry shall retain and shall not register
28   any initial registrations (i.e., non-renewal registrations) within the

-15-

1    reserved top-level domain strings listed in Annex 6 of this Agreement or

2    within the (ii) second-level domains located at

3    http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions

4    of the 2001 Agreement remain unchanged, but Appendix K no longer

5    retains 14 domain names including Arpa. However, the following new

6    clauses have been added: (i) Registration Restrictions. The registration

7    authority shall retain and not register any initial registrations (i.e., non-

8    renewal registrations) within the reserved top-level domain strings listed

9    in Annex 6 of this Agreement or within the (ii) second-level domains

10    located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. While the

11    core provisions of the 2001 Agreement remain unchanged, Appendix K

12    no longer retains 14 domain names including Arpa. However, the

13    following new clause has been introduced: (i) Registration Restrictions.

14    The registration authority shall retain and not register any initial

15    registrations (i.e., non-renewal registrations) within the reserved top-

16    level domain strings listed in Annex 6 of this Agreement or within the (ii)

17    second-level domains located at http://data.iana.org/TLD/tlds-alpha-by-

18    domain.txt.    While the core provisions of the 2001 Agreement remain

19    unchanged, Appendix K now excludes 14 domain names including Arpa.

20    The updated text introduces: (i) Registration Restrictions. Registry

21    authorities shall retain and prohibit initial registrations (non-renewal

22    registrations) for any (i) top-level domain strings listed in Annex 6 of

23    this Agreement or (ii) second-level domain names under

24    http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The fundamental

25    terms of the 2001 Agreement maintain their original structure, with

26    Appendix K specifically removing 14 domain names such as Arpa. The

27    revised text further establishes: (i) Registration Restrictions. Registry

28    authorities must preserve and prohibit initial registrations (non-renewal

-16-

1    registrations) for any (i) top-level domain strings specified in Annex 6 or

2    (ii) second-level domain names under http://data.iana.org/TLD/tlds-

3    alpha-by-domain.txt. The 2001 Agreement retains its essential

4    framework, while Appendix K specifically eliminates 14 domain names

5    including Arpa. The updated text additionally incorporates: (i)

6    Registration Restrictions. The Registry shall retain and shall not register

7    any initial registrations (i.e., non-renewal registrations) within the

8    reserved top-level domain strings listed in Annex 6 of this Agreement or

9    within the (ii) second-level domains located at

10    http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions

11    of the 2001 Agreement remain unchanged, but Appendix K no longer

12    retains 14 domain names including Arpa. However, the following new

13    clauses have been added: (i) Registration Restrictions. The Registry

14    shall retain and shall not register any initial registrations (i.e., non-

15    renewal registrations) within the reserved top-level domain strings listed

16    in Annex 6 of this Agreement or within the (ii) second-level domains

17    located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core

18    provisions of the 2001 Agreement remain unchanged, but Appendix K

19    no longer retains 14 domain names including Arpa. However, the

20    following new clauses have been added: (i) Registration Restrictions.

21    The Registry shall retain and shall not register any initial registrations

22    (i.e., non-renewal registrations) within the reserved top-level domain

23    strings listed in Annex 6 of this Agreement or within the (ii) second-

24    level domains located at http://data.iana.org/TLD/tlds-alpha-by-

25    domain.txt. The core provisions of the 2001 Agreement remain

26    unchanged, but Appendix K no longer retains 14 domain names

27    including Arpa. However, the following new clauses have been added: (i)

28    Registration Restrictions. The registration authority shall retain and not

-17-

1    register any initial registrations (i.e., non-renewal registrations) within

2    the reserved top-level domain strings listed in Annex 6 of this

3    Agreement or within the (ii) second-level domains located at

4    http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions

5    of the 2001 Agreement remain unchanged, but Appendix K no longer

6    retains 14 domain names including Arpa. However, the following new

7    clause has been added: (i) Registration Restrictions. The registration

8    authority shall retain and not register any initial registrations (i.e., non-

9    renewal registrations) within the reserved top-level domain strings listed

10   in Annex 6 of this Agreement or within the (ii) second-level domains

11   located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt.    While

12   the core provisions of the 2001 Agreement remain unchanged, Appendix

13   K now excludes 14 domain names including Arpa. The updated text

14   introduces: (i) Registration Restrictions. Registry authorities shall retain

15   and prohibit initial registrations (non-renewal registrations) for any (i)

16   top-level domain strings listed in Annex 6 of this Agreement or (ii)

17   second-level domain names under http://data.iana.org/TLD/tlds-alpha-

18   by-domain.txt. The fundamental terms of the 2001 Agreement maintain

19   their original structure, with Appendix K specifically removing 14

20   domain names such as Arpa. The revised text further establishes: (i)

21   Registration Restrictions. Registry authorities must preserve and

22   prohibit initial registrations (non-renewal registrations) for any (i) top-

23   level domain strings specified in Annex 6 or (ii) second-level domain

24   names under http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The

25   2001 Agreement retains its essential framework, while Appendix K

26   specifically eliminates 14 domain names including Arpa. The updated

27   text additionally incorporates: (i) Registration Restrictions. The Registry

28   shall retain and shall not register any initial registrations (i.e., non-

-18-

1   renewal registrations) within the reserved top-level domain strings listed
2   in Annex 6 of this Agreement or within the (ii) second-level domains
3   located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core
4   provisions of the 2001 Agreement remain unchanged, but Appendix K
5   no longer retains 14 domain names including Arpa. However, the
6   following new clauses have been added: (i) Registration Restrictions.
7   The Registry shall retain and shall not register any initial registrations
8   (i.e., non-renewal registrations) within the reserved top-level domain
9   strings listed in Annex 6 of this Agreement or within the (ii) second-
10  level domains located at http://data.iana.org/TLD/tlds-alpha-by-
11  domain.txt. The core provisions of the 2001 Agreement remain
12  unchanged, but Appendix K no longer retains 14 domain names
13  including Arpa. However, the following new clauses have been added: (i)
14  Registration Restrictions. The Registry shall retain and shall not register
15  any initial registrations (i.e., non-renewal registrations) within the
16  reserved top-level domain strings listed in Annex 6 of this Agreement or
17  within the (ii) second-level domains located at
18  http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions
19  of the 2001 Agreement remain unchanged, but Appendix K no longer
20  retains 14 domain names including Arpa. However, the following new
21  clauses have been added: (i) Registration Restrictions. The registration
22  authority shall retain and not register any initial registrations (i.e., non-
23  renewal registrations) within the reserved top-level domain strings listed
24  in Appendix 6 of this Agreement or within the (ii) second-level domains
25  located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. While the
26  core provisions of the 2001 Agreement remain unchanged, Appendix K
27  no longer retains 14 domain names including Arpa. However, the
28  following new clause has been introduced: (i) Registration Restrictions.

-19-

1    The registration authority shall retain and not register any initial

2    registrations (i.e., non-renewal registrations) within the reserved top-

3    level domain strings listed in Appendix 6 of this Agreement or within

4    the (ii) second-level domains located at http://data.iana.org/TLD/tlds-

5    alpha-by-domain.txt.   While the core provisions of the 2001 Agreement

6    remain unchanged, Appendix K now excludes 14 domain names

7    including Arpa. The updated text introduces: (i) Registration

8    Restrictions. Registry authorities shall retain and prohibit initial

9    registrations (non-renewal registrations) for any (i) top-level domain

10   strings listed in Annex 6 of this Agreement or (ii) second-level domain

11   names under http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The

12   fundamental terms of the 2001 Agreement maintain their original

13   structure, with Appendix K specifically removing 14 domain names

14   such as Arpa. The revised text further establishes: (i) Registration

15   Restrictions. Registry authorities must preserve and prohibit initial

16   registrations (non-renewal registrations) for any (i) top-level domain

17   strings specified in Annex 6 or (ii) second-level domain names under

18   http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The 2001 Agreement

19   retains its essential framework, while Appendix K specifically

20   eliminates 14 domain names including Arpa. The updated text

21   additionally incorporates: (i) Registration Restrictions. The Registry

22   shall retain and shall not register any initial registrations (i.e., non-

23   renewal registrations) within the reserved top-level domain strings listed

24   in Annex 6 of this Agreement or within the (ii) second-level domains

25   located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core

26   provisions of the 2001 Agreement remain unchanged, but Appendix K

27   no longer retains 14 domain names including Arpa. However, the

28   following new clauses have been added: (i) Registration Restrictions.

-20-

1    The Registry shall retain and shall not register any initial registrations

2    (i.e., non-renewal registrations) within the reserved top-level domain

3    strings listed in Annex 6 of this Agreement or within the (ii) second-

4    level domains located at http://data.iana.org/TLD/tlds-alpha-by-

5    domain.txt. The core provisions of the 2001 Agreement remain

6    unchanged, but Appendix K no longer retains 14 domain names

7    including Arpa. However, the following new clauses have been added: (i)

8    Registration Restrictions. The Registry shall retain and shall not register

9    any initial registrations (i.e., non-renewal registrations) within the

10   reserved top-level domain strings listed in Annex 6 of this Agreement or

11   within the (ii) second-level domains located at

12   http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions

13   of the 2001 Agreement remain unchanged, but Appendix K no longer

14   retains 14 domain names including Arpa. However, the following new

15   clauses have been added: (i) Registration Restrictions. The registration

16   authority shall retain and not register any initial registrations (i.e., non-

17   renewal registrations) within the reserved top-level domain strings listed

18   in Annex 6 of this Agreement or within the (ii) second-level domains

19   located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. While the

20   core provisions of the 2001 Agreement remain unchanged, Appendix K

21   no longer retains 14 domain names including Arpa. However, the

22   following new clause has been introduced: (i) Registration Restrictions.

23   The registration authority shall retain and not register any initial

24   registrations (i.e., non-renewal registrations) within the reserved top-

25   level domain strings listed in Annex 6 of this Agreement or within the (ii)

26   second-level domains located at http://data.iana.org/TLD/tlds-alpha-by-

27   domain.txt.    While the core provisions of the 2001 Agreement remain

28   unchanged, Appendix K now excludes 14 domain names including Arpa.

-21-

1   The updated text introduces: (i) Registration Restrictions. Registry
2   authorities shall retain and prohibit initial registrations (non-renewal
3   registrations) for any (i) top-level domain strings listed in Annex 6 of
4   this Agreement or (ii) second-level domain names under
5   http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The fundamental
6   terms of the 2001 Agreement maintain their original structure, with
7   Appendix K specifically removing 14 domain names such as Arpa. The
8   revised text further establishes: (i) Registration Restrictions. Registry
9   authorities must preserve and prohibit initial registrations (non-renewal
10  registrations) for any (i) top-level domain strings specified in Annex 6 or
11  (ii) second-level domain names under http://data.iana.org/TLD/tlds-
12  alpha-by-domain.txt. The 2001 Agreement retains its essential
13  framework, while Appendix K specifically eliminates 14 domain names
14  including Arpa. The updated text additionally incorporates: (i)
15  Registration Restrictions. The Registry shall retain and shall not register
16  any initial registrations (i.e., non-renewal registrations) within the
17  reserved top-level domain strings listed in Annex 6 of this Agreement or
18  within the (ii) second-level domains located at
19  http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core provisions
20  of the 2001 Agreement remain unchanged, but Appendix K no longer
21  retains 14 domain names including Arpa. However, the following new
22  clauses have been added: (i) Registration Restrictions. The Registry
23  shall retain and shall not register any initial registrations (i.e., non-
24  renewal registrations) within the reserved top-level domain strings listed
25  in Annex 6 of this Agreement or within the (ii) second-level domains
26  located at http://data.iana.org/TLD/tlds-alpha-by-domain.txt. The core
27  provisions of the 2001 Agreement remain unchanged, but Appendix K
28  no longer retains 14 domain names including Arpa. However, the

-22-

1    following new clauses have been added: (i) Registration Restrictions.

2    The Registry shall retain and shall not register any initial registrations

3    (i.e., non-renewal registrations) within the reserved top-level domain

4    strings listed in Annex 6 of this Agreement or within the (ii) second-

5    level domains located at http://data.iana.org/TLD/tlds-alpha-by-

6    domain.txt. The core provisions of the 2001 Agreement remain

7    unchanged, but Appendix K no longer retains 14 domain names

8    including Arpa. However, the following new clauses have been added: (i)

9    Registration Restrictions. The registration authority shall retain and not

10   register any initial registrations (i.e., non-renewal registrations) within

11   the reserved top-level domain strings listed in Appendix 6 of this

12   Agreement or within the (ii) second-level domains located at

13   http://data.iana.org/TLD/tlds-alpha-by-domain.txt. While the core

14   provisions of the 2001 Agreement remain unchanged, Appendix K no

15   longer retains 14 domain names including Arpa. However, the following

16   new clause has been introduced: (i) Registration Restrictions. The

17   registration authority shall retain and not register any initial registrations

18   (i.e., non-renewal registrations) within the reserved top-level domain

19   strings listed in Appendix 6 of this Agreement or within the (ii) second-

20   level domains located at http://data.iana.org/TLD/tlds-alpha-by-

21   domain.txt.

22   ■   domain.txt More than 1,000 domain names listed in the list have been

23       registered

24   5. For the 2008 single character second level domain name (SC SLD)

25   allocation framework, see Figure B

26   ●   The auction will be open and transparent;

27   ●   All single character domain names

-23-

1  ■  If it is open and transparent, why is it being kept secret in the 2019/2024
2     agreement
3  ■  Since it's an auction, why only auction O.COM in 2018
4  ■  The IPCC believes that ICANN's actions will lead to lawsuits by
5     trademark owners, challenges from potential claimants, and legal risks
6     regarding auction proceeds. In fact, as outlined in Appendix C, the
7     plaintiffs will soon file lawsuits, and if these domain names are
8     registered, they will undoubtedly accept my lawsuit. See Appendix C
9     and Appendix J
10  6. The plaintiff filed a domain name registration request for 33COM/34NET
11  with the registrar. On May 7, 2013, the registrant responded via email
12  stating: "We regret to inform you that single or two-character (including
13  numbers) domain names are currently reserved by ICANN and cannot be
14  registered." This led to litigation at the Beijing Intellectual Property Court,
15  case number (2021) Jing 73 Min Zhong No.1504, with the judgment date
16  being September 26,2023. The ruling ultimately overturned the first-
17  instance ruling and ordered a retrial.
18  To make the case more efficient, the plaintiffs decided to file the lawsuit in
19  Los Angeles Superior Court.
20  XI: Cause of action: Anti-monopoly
21  **XII: Reasons and facts**
22  1. According to the intellectual property system, the retention concept only
23  lasts for two months during the sunrise period. After the sunrise period,
24  registration is open and disputes arising from it are adjudicated by
25  arbitration or judicial bodies. Therefore, ICANN will operate for 30 years.
26  The so-called retention of.COM does not conform to the convention.
27  2. In the agreement between ICANN and Verizon, thousands of reserved
28  domain names appeared successively. In fact, except for the 67 domain

-24-

1   names disputed by the plaintiff, all the others were registered by non-

2   specific persons, so ICANN was unfair to the plaintiff.

3   3. Single-letter domain names are not in ICANN's so-called six reserved

4   ranges, but are extra reservations, that is, reservations without reason.

5   4. In 2008 ICANN wanted to auction, and in 2018 Vericent wanted to

6   auction, which shows that these domain names are unowned and belong to

7   the public. The plaintiff has the right to register.

8   5. It is common sense that the Trademark Office cannot auction trademarks,

9   and similarly domain name allocation agencies and registries cannot

10  auction them, otherwise it would be an abuse of monopoly rights.

11  6. Even ICANN's internal documents say they don't know why the domain

12  name is retained, or why it is registered. This is called arbitrary, which is an

13  abuse of a monopoly position.

14  7. These domain names are the product of natural monopoly, which ICANN

15  itself admits, as evidenced by its emails to the Commerce Department.

16  8. ICANN claims to be a non-profit organization, and Vericent claims not to

17  want the auction money. However, the 2019 COM agreement between

18  ICANN and Vericent actually classified the auction information as

19  confidential, which constitutes a conspiracy to monopolize. It has

20  constituted a criminal offense.

21  **XIII. plaintiffpraysforjudgement**

22  1. Confirm that all provisions of the long-standing agreements between

23  ICANN and VeriSign are illegal

24  2. Confirm that ICANN and VeriSign signed the 2019 and 2024 agreement

25  auction terms are illegal;

26  3. Confirm that ICANN illegally retains single-letter domain names;

27  4. Make sure 33 domain names have no owners.

-25-

5. Order the two defendants to hand over 67 to the registrar for registration by the plaintiff;

6. Compensation for the reasonable expenses incurred by the plaintiff in the 13-year lawsuit, totaling 2 0 ,000 yuan.

7. The litigation costs and reasonable expenses of this case shall be borne by the three defendants;


2025-07-15

Tel: +86-13858255607

Email: 466372807@g9.com

No. 7, Wenjiao Road, Fuyang Town,

Fuchuan, Guangxi CHINA

-26-



邮件交寄单(收据)

1123713512578 外埠特快(EMS)
收件人:立案庭
北 市丰台区 车博物馆赤 2
号 三号楼 最高人民法院知产
庭
寄件人:郑敏杰 13910612445
浙江省宁波市象山县滨海大道92
9号327室

文 846 847 848 件数:1

邮件重量:2138克
资费:36.00 元

材料:0元
总资费:36.00 元

2020.10.18 17

收寄人:周丹颖

-27-



**当前状态：** 邮件妥投

宁波市收寄　　邮件运输中　　邮件妥投

| 日期 | 邮件号码 | 邮件类型 | 当前状态 | 收寄地 | 寄达地 | 签收人 |
|---|---|---|---|---|---|---|
| 2020-10-19 16:37:05 收起 | 1123713512578 | 标准快递 | 已签收,其他: 收发室,投递员: 管宁宁,电话:18519282028 | 宁波市 | 北京市 | |
| 服务评价 | | 收寄服务: ○满意 ○不满意　　投递服务: ○满意 ○不满意 | | | | |

| 处理日期 | 处理时间 | 当前状态 | 当前位置 |
|---|---|---|---|
| 2020-10-18 | 16:23:41 | 【象山县靖南邮政所】已收寄 | 宁波市 |
| | 16:58:07 | 离开【邮政浙江省象山县靖南】,下一站【象山处理】 | 宁波市 |
| | 17:24:50 | 到达【浙江象山县中心】 | 宁波市 |
| | 20:33:27 | 离开【宁波中心局空港处理中心】,下一站【南京航空集散中心】 | 宁波市 |
| 2020-10-19 | 02:17:33 | 到达【南京航空集散中心】(经转) | 南京市 |
| | 06:21:02 | 离开【南京航空集散中心】,下一站【北京航站】(经转) | 南京市 |
| | 08:41:29 | 到达【北京航站】 | 北京市 |
| | 11:41:49 | 离开【北京新顺处理中心】,下一站【草桥欣园营业部】 | 北京市 |
| | 12:59:45 | 到达【草桥欣园营业部】 | 北京市 |
| | 14:01:08 | 离开【草桥欣园营业部】,下一站【科学城营业部】 | 北京市 |
| | 14:27:23 | 【科学城营业部】安排投递,投递员:管宁宁,电话:18519282028,揽投部电话:010-63739645 | 北京市 |
| | 14:27:29 | 到达【科学城营业部】 | 北京市 |
| | 16:37:05 | 已签收,其他: 收发室,投递员:管宁宁,电话:18519282028 | 北京市 |

-28-

Exhibit A, Page 37



是否已经行政复议: 否          仲裁机构是否已处理: 否

主要诉求:

要求北京知识产权法院纠正违法裁定，给予上诉权。

事实和理由:

2019最高法知民终715号民事裁定书撤销了北京知识产权法院2019京73民初1353号民事裁定，指令重审。
但北京知识产权法院2020京73民初847号驳回起诉，不给上诉权。投诉人向最高人民法院直接邮寄上诉状，最高人民法院称应该向原审法院提出，但北京知识产权法院称没有上诉权

当前附件:

1123713512578.png;    2019最高法知民终715号.docx;    2020京73民初847号.docx;

信访事项本次办理情况

| 序号 | 日期 | 办理单位 | 办理方式 | 去向 | 文件 |
|---|---|---|---|---|---|
| 1 | 2022-03-18 | 国家信访局 | 转交 | 最高人民法院 | |

收起进展

**线下来信** **(2023)京法信5636号**                                    待审查

申诉法院: 北京市高级人民法院      再审申请人: 郑敏杰          寄信日期: 2023-10-10

邮寄单号: 暂无                接收日期: 2023-10-10        原审案号: (2020) 京73民初847号

2023年10月10日          2023年10月10日          待审查
法院收到来信          当前: 转办北京知识产权
                              法院

收起进展

收起进展

**线下来信** **(2023)京法信5300号**                                    待审查

申诉法院: 北京市高级人民法院      再审申请人: 郑敏杰          寄信日期: 2023-09-28

邮寄单号: 暂无                接收日期: 2023-09-28        原审案号: (2020) 京73民初847号

2023年09月28日          2023年09月28日          待审查
法院收到来信          当前: 转办北京知识产权
                              法院

收起进展

-29-



-30-



-31<sub>1—5</sub>



## Submission form - Human Rights Council

## General Information

Complaint Number:**WHRC/11348**

Submission Language:**English**

State Party:**China-**

Has the same matter been submitted under another procedure of international investigation or settlement?:**No**

Have you exhausted all domestic remedies?:**Yes**

Does your complaint concern a consistent pattern of gross violations of human rights?**Yes**

## Correspondent

## International investigation or settlement

Has the same matter been submitted under another procedure of international investigation or settlement?  **No**

Facts

Facts:

I and others sued China Internet Network Information Center (CNNIC) for refusing to register the CN domain name

-32-

Date of adoption or notification of the last decision by domestic authorities:

## Confidentiality

Confidentiality: **Not Available**

## Attachments

File Name:**signature.png**

File Name:**Step5---.pdf.enc**

File Name:**Step5--2019144-2019144.pdf.enc**

File Name:**Step5--2019448-2019448.pdf.enc**

File Name:**Step5--2019466-2019448.pdf.enc**

File Name:**Step5--2019467-2019467.pdf.enc**

File Name:**Step5--2019496-20194962.pdf.enc**

File Name:**Step5--2019632-2019632-1.pdf.enc**

File Name:**Step5--2019715-2019715.pdf.enc**

File Name:**Step5--2019717-2019717.pdf.enc**

File Name:**Step5--20201327-20201327.pdf.enc**

File Name:**Step5--2020136-2020136-1.pdf.enc**

File Name:**Step5--202015-2020151.pdf.enc**

File Name:**Step5--2020472-2020472.pdf.enc**

File Name:**Step5--2020577-2020577-1.pdf.enc**

File Name:**Step5--2020614--2020614.pdf.enc**

File Name:**Step5--2020708-2020708.pdf.enc**

File Name:**Step5--2021731504_-2021731504_.pdf.enc**

File Name:**Step5--20221593-20221593-.pdf.enc**

File Name:**Step5--202306554-202306554.pdf.enc**

File Name:**Step5--202365-202365.pdf.enc**

File Name:**Step5--BOHUIQISHU-BEIJINGZHICHAN31.docx.enc**

File Name:**Step5--EMS-ZGRMFYLAT1.jpg.enc**

File Name:**Step6--21-.pdf.enc**

-33-

箱
com

郑-13910612445<36502860@qq.com> 
邮箱首页 | 设置 | 升级为邮箱会员 | 免费开通企业邮箱

| «返回 | 再次编辑 | 撤回 | 回复全部 | 转发 | 删除 | 彻底删除 | 标记为... ▾ | 移动至 |

**要求注册67个域名，请按程序进行。** ☆
发件人：**36502860** <36502860@qq.com> 国
时 间：2025年4月29日（星期二）下午1：13
收件人：**tj** <tj@xinnet.com>
附 件：2 个（ 预判英文1 (1).jpg...）

要求注册67个域名，请按程序进行。

我是象山捷达网络技术服务部，北京新网数码信息技术有限公司的会员，

a.com  b.com  c.com  d.com  e.com  f.com  g.com  h.com  i.com  j.com k.c
n.com  o.com  p.com  r.com  s.com  t.com  u.com  v.com  w.com  y.com
0.com  1.com  2.coM  3.com  4.com  5.com  6.com  7.com  8.com  9.com
a.net  b.net  c.net  d.net  e.net  f.net  g.net    h.net  j.net  k.net
n.net  o.net  p.net  r.net  s.net  t.net  u.net    v.net  w.net  x.net
0.NET  1.NET  2.NET        3.NET  4.NET  5.NET  6.NET  7.NET  8.NET  9.NET

ICANN 与 威瑞信均表示开放注册，美国法院已经判决同类域名原告胜诉。
中国已经处罚威瑞信。

Case 1:14-cv-01999-TP(

-34-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



-35-

HuifenMo

No. 7, Wenjiao Road, Fuyang Town,

Fuchuan, Guangxi CHINA

Tel: +86-13858255607

Email: 466372807@QQ.com

Plaintiff in Pro Se

**Electronically FILED by
Superior Court of California,
County of Los Angeles
7/17/2025 2:42 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Trinh, Deputy Clerk**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# FOR THE COUNTY OF LOS ANGELES

## Limited Civil Case

| | |
|---|---|
| HuifenMo | ) Case number:25STLC05440 |
| Plaintiff, | ) |
| | ) COMPLAINT FOR: |
| vs. | ) |
| | ) 1. Anti-trust violations |
| Internet Corporation for Assigned | ) |
| Names and Numbers | ) 2. declaratory relief |
| | ) 3. Unfair business practices |
| Verisign, Inc. | ) |
| defendant | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| -------------------------------------------------- ) | |

# EXHIBIT LIST

| SHORT TITLE: | Case umber: 25STLC05440 |
|---|---|

## PLAINTIFF

| NO | ID | EV | DESCRIPTION |
|---|---|---|---|
| A1 | | | JOn Postel email<br>■ The email has been removed by ICANN and this email was obtained from archive.org, proving that JOn Postel wanted to prevent the use of A.COM to register third-level domain names to make money, and there was no technical reason for it<br>■ If it's because of concern about the speed of searching a database containing tens of millions of records, that's an outright lie, because any technician can generate hundreds of millions of records and test the speed.<br>■ According to GROK's analysis, it was deleted around November 2022 |
| A2 | | | 1999 agreement  Reservation:<br>  (a) avoidance of confusion among or misleading of users,<br>  (b) intellectual property<br>  (c) the technical management of the DNS<br>  the Internet (e.g., "example.com" and single-letter/digit names);<br>■ No reserved single characters and reserved appendix table |
| A3 | | | 2001agreementt  Signed on  25 May 2001 updated  23-Sep-2003 Has been tampered with<br>https://www.icann.org/en/registry-agreements/com/com-registry-agreement-25-5-2001-en<br>■ These provisions are Sunrise Period Rules, or Sunrise Period Rules, and are only valid for new TLDs. For those that have been running for 20 years. COM is completely unenforceable and meaningless, and if there is a technical need, it is perfectly possible to register directly e.g. example.com Creation Date: 1995-08-14T04:00:00Z. After the sunrise period, it should be resolved by judicial or arbitration. ICANN and VeriSign have neither the authority nor the ability to review confusion and intellectual property rights. Otherwise, it will cause unnecessary trouble. For example, the Chinese government wants to advocate CN.COM |

| | | | |
|---|---|---|---|
| | | | ■ The cunning web page puts appendix-k in the appendix list to indicate that it is reserved, but does not clearly state it in the text. When filing with the US Telecommunications Bureau, only the main text of the agreement is filed, so that it can escape supervision. |
| A4 | | | .com Registry Agreement (Signed 25 May 2001)<br><br>https://www.icann.org/en/registry-agreements/com/com-registry-agreement-signed-25-may-2001-25-5-2001-en<br><br>■ In fact, the US Department of Telecommunications does not have such a webpage, nor does it even have the text of the agreement, only a patched and revised version. ICANN takes full advantage of the government's inertia and negligence.<br><br>Amendment 18 (October 3, 1999)<br>Amendment 19 (November 10, 1999)<br>Amendment 20 (June 2, 2000)<br>Amendment 21 (November 2, 2000)<br>Amendment 22 (April 24, 2001)<br>Amendment 23 (May 9, 2001)<br>  · Commerce, ICANN AND Verisign Agreement in Principle (May 5, 2001)<br>Amendment 24 (May 25, 2001)<br>Amendment 25 (September 12, 2002) |
| A5 | | | 2006 agreementt： April 16, 2006 Agreement(2006-2012)<br><br>https://www.icann.org/en/registry-agreements/com/com-registry-agreement-1-3-2006-en   Page updated  September 21, 2009<br><br>● The following content has been added:<br><br>● Registration Restrictions. Registry Operator shall reserve, and not register any TLD strings (i) appearing on the list of reserved TLD strings attached as Appendix 6 hereto or (ii) located at  http://data.iana.org/TLD/tlds-alpha-by-domain.txt for initial (i.e., other than renewal) registration at the second level within the TLD.Appendix 6<br><br>  https://www.icann.org/en/registry-agreements/com/com-registry-agreement--schedule-of-reserved-names-1-3-2006-en<br><br>■ This WEB and all URLs do not have a full official 2006 protocol;<br><br> September 21, 2009 modified the website, and submitted a reply to the Beijing No. 2 Intermediate People's Court on September 24, 2009, apparently tampering with the website for the purpose of litigation |

| | | |
|---|---|---|
| | | ■ The sixteen domain names in Appendix K no longer exist and have been registered. And there is no authorization.  Witness according to G<br><br>■ Proving that there are no regulations or reasons for retaining or removing evidence Q is consistent with the actual situation. |
| A6 | | March 27, 2019  agreement<br>● Open O.COM, decide on auctions, keep auction information confidential<br>● This behavior proves that it is completely direct retail.<br>COM Registry Agreement(1 December 2024)<br>https://itp.cdn.icann.org/en/files/registry-agreements/com/com-agreement-html-01-12-2024-en.htm<br>● The two agreements from 2019 to 2024 have already constituted criminal offenses and should be handed over to the procuratorate for handling. |
| B | | 2008Single-Character Second-Level Domain Name (SC SLD) Allocation Framework<br>● Auction of all single character .COM<br>● The auction will be open and transparent<br>■ After the plaintiff filed the application and lawsuit on February 6, 2009, ICANN realized that there were legal problems and stopped the auction. |
| C | | Danny Younge's opinion on the auction<br>■ Thinks ICANN is hypocritical<br>■ Points out that reservations are a personal act |
| D | | ICANN's 2005 EMAIL  AND in 2011 Zhejiang Ning Zhi Chu Zi No. 35 reply<br>■ In 2005, Verisign responded to a single character domain registration inquiry from a registrar, stating, "There are no technical issues<br>■ Zheng Minjie filed a lawsuit, and ICANN argued that due to technical reasons, all single-word domain names were reserved in 1993.<br><br>■ However, Annex K and Annex 6 of the agreement show that single character domain names are reserved for additional purposes, rather than technical reasons.<br>■ All domain names in these two tables have been registered except for 33 single character characters. z. Com creation date: December 19, 1997 \ q.com creation date: |

| | | | March 30, 1999, PL.COM was registered in June 2001 |
| | | | ■ However, ICANN's internal documents prove that there is no written record or reason for retaining or removing reserved domains, as seen in P1/P2 |
| | | | ■ <mark>In summary, ICANN made false statements in its defense, therefore all of its claims and evidence are not credible.</mark> |
| E | | | Three replies from ICANN and Verisign |
| | | | ■ In 2013, ICANN stated at a 2,000-person meeting in Beijing that there were no technical reasons for single-letter domain names. The ombudsman representing ICANN responded that these domain names were not reserved by ICANN, but by Verisign. You can contact Verisign to register them. |
| | | | ■ ICANN Global Support responded that ICANN authorization is not required to register single-letter domain names, and you can contact Verisign to register them. |
| | | | ■ Verisign responded that both single-letter and two-letter domain names are reserved by ICANN. |
| | | | ■ <mark>The contradictory responses from ICANN and Verisign prove that they are colluding to monopolize.</mark> |
| F | | | CM.com Judgment 14-CV-01999-TPG |
| | | | ■ When the Chinese antitrust agency conducted an antitrust investigation on Cameroon's country code CM.COM, VeriSign submitted this judgment certificate, refusing Zheng Minjie's registration and granting it to others because the US court ruled in favor of the plaintiff and there was no abuse of monopoly. This proves that ICANN's so-called reservation of country code second-level domain names not only did not receive the support of the court, but even ICANN itself admitted that the court's judgment was correct. |
| | | | ■ In fact, JP.COM and ED.COM are all registered by non-specific people. If the retention policy should be strictly enforced, thousands of domain names should be deleted. This is what the ICANN internal document calls "We don't know why they are reserved or why they are registered." |
| G | | | 2001Appendix K\2001-2012-Appendix 6 |
| | | | ● 2001 Appendix:B. Additional Second-Level Reservations. In addition, the following names shall be reserved at the second level: |
| | | | Arpa .COM      Creation Date: 1996-04-16T04:00:00Z |

<table>
<tr><td rowspan="4"></td><td></td><td></td><td>

Biz..COM          Creation Date: 1998-08-01T04:00:00Z

Com .com          Creation Date: 1995-04-13T04:00:00Z

COOP.COM           Creation Date: 1992-10-20T04:00:00Z

EDU.COM          Creation Date: 1998-11-24T05:00:00Z

GOV.COM          Creation Date: 1996-03-18T05:00:00Z

INFO.COM           Creation Date: 1989-11-01T05:00:00Z

INT.COM          Creation Date: 1993-05-19T04:00:00Z

MIL.COM          Creation Date: 1997-10-24T04:00:00Z

MUSEUM.COM           Creation Date: 1997-06-06T04:00:00Z

NAME.COM           Creation Date: 1995-01-03T05:00:00Z

NET.COM          Creation Date: 1989-05-08T04:00:00Z

ORG.COM           Creation Date: 1997-11-03T05:00:00Z

PRO.COM          Creation Date: 1994-02-21T05:00:00Z

http://data.iana.org/TLD/tlds-alpha-by-domain.txt

■  This reserved list has thousands of domain names that are also to be reserved, but all are registered

■  2006-2012 Appendix 6   Arpa TO PRO and  domain.txt  disappeared,

■  These domain names are registered without authorization

■  This proves that ICANN is trying to reserve and hoard a large number of domain names as the secondary domain name market appreciates in order to make economic gains. This lacks legitimacy. If there is no restriction, every valuable domain name can be reserved and auctioned in the future.
</td></tr>
</table>

| H | | | VeriSign\ICANN\Three documents from the U.S. Department of Justice<br><br>■  On November 23, 2017, Chinese antitrust authorities conducted an investigation into Verisign. On November 30, 2017, Verisign requested that ICANN conduct a public auction of o.com and prepare to continue auctioning other single character domain names, but concealed the fact that they were under investigation. ICANN agreed to open the auction, but believed that the auction involved competition and required an application to be submitted to the US Department of Justice. The Antitrust Division of the US Department of Justice does not accept auction applications. |

| | | | |
|---|---|---|---|
| I1<br><br>I2<br><br>I3 | | | Opinions of Internet Chamber of Commerce Waiting for opposition voices<br><br>■ There have been many doubts and objections regarding the auction, and ICANN has closed this discussion forum, claiming that personal email addresses are considered private and can be queried after subscribing, but in reality, they cannot be viewed after subscribing<br><br>■ The Internet Chamber of Commerce commented that these domain names are not owned by Verizon and have no right to auction.<br><br>■ CommentsonVeriSign'sProposal-ReleaseforRegistrationone.COMDomain NamewithaSingle-CharacterLabel:O.COM<br><br>■ <mark>The 2008 ICANN auction and the 2018 VeriSign auction also proved that these domain names are ownerless.</mark> |
| J | | | 2019 Supreme People's Court Intellectual Property Civil Final No. 715 2020 Beijing No. 73 Civil First Instance No. 847<br><br>■ The plaintiff filed a lawsuit against Verisign for refusing to register 67 domain names on the 2019 Jing 73 Min Chu 1353. The court ruled to dismiss the lawsuit, and after appeal, it was revoked by the Supreme People's Court on the 2019 Supreme Court Zhi Min Zhong 715 and ordered a retrial. On September 25, 2020, the Beijing Intellectual Property Court issued a civil ruling dismissing the lawsuit on September 25, 2020. The plaintiff filed an appeal on October 17, 2020, mailed it on October 18, 2020, and signed for it on October 19, 2020. However, the judge of the Beijing Intellectual Property Court withheld the appeal,<br><br>■ The plaintiff petitioned the National Petition Bureau on March 28, 2022. The plaintiff complained to President Xi Jinping on September 1, 2023. The plaintiff complained to Zhang Jun, President of the Supreme People's Court, on September 1, 2023. The plaintiff complained to the Beijing Higher People's Court on September 28, 2023. The plaintiff complained to the Supreme People's Court on October 10, 2023. The plaintiff appealed to the United Nations Human Rights Organization on November 16, 2024. To ensure the statute of limitations, the plaintiff again claimed registration with Xinwang on April 19, 2025, and attached the civil judgment from the U.S. Federal Southern District Court's CM.COM. The statute of limitations begins to be calculated from a state of silence. The plaintiff has been continuously complaining and petitioning, and after the appeal in case No. 2020 Jing 73 Min Chu 847, it remains in a pending state, so the statute of limitations always applies. This case does not involve circumstances where the statute of limitations is interrupted. |
| | | | <mark>See the bottom of the indictment for specific evidence</mark> |

| | | | |
|---|---|---|---|
| | | | |
| K | | | Public criticism of VeriSign<br>■ Elizabeth Warren asks for investigation of Verisign<br>■ A petition of more than 2,000 people calling for an investigation into VeriSign<br>■ Litigation by outsiders<br>■ <mark>Prove that VeriSign's behavior has caused public outrage</mark> |
| L | | | # Complaint evidence on appeal issues |
| M | | | Verisign's antitrust investigation defense and administrative penalties imposed by Chinese antitrust agencies<br>■ Proving that VeriSign's monopolistic behavior is illegal<br>■ <mark>Prove that both Verisign and ICANN have concealed the fact that they have been sued multiple times in China from government departments and the public. Once these domain names are auctioned off, the plaintiff will file a lawsuit, and bidders will file a lawsuit, with very serious consequences</mark> |
| N | | | Basic Protocol and Vocabulary<br>■ The basic protocol certificate of ICANN stipulates that there are only six reserved scopes, excluding single letter domain names<br>■ ICANN's vocabulary proves that there are only six reserved scopes. |

|   |   |   | ■ **Combined with other evidence such as P1, P2, etc., it can be confirmed that there are no documents, records, or reasons to retain single letter domain names.** |
|---|---|---|---|
| O |   |   | There are 1225 authorized single character ASCII names in the TLD region<br><br>http://forum.icann.org/lists/gnso-rn-wg/msg00039.html<br><br>■ ICANN believes that there are 1225 single character applications open worldwide. COM should also be open<br><br>■ When ICANN wants to conduct an auction, it suggests opening it up, and when it loses hope of profit after being sued, it will sign an agreement requiring additional retention. All reserved actions by ICANN are facts first, agreements later.<br><br>■ ICANN's use of this undated URL without stopping additions or deletions is actually a serious act of cunning |
| P |   |   | ICANN Staff Proposed Implementation Document on GNSO Reserved Names Working 4 September 2007<br>● We recommend that single letters and digits be released at the second level in future gTLDs, and that those currently reserved in existing gTLDs should be released. This release should be contingent upon the use of appropriate allocation frameworks. More work may be needed. Examples include a.com, i.info. In future gTLDs we recommend that single letters and single digits be available at the second (and third level if applicable).<br>● Domain Name: Q.COM<br>Registry Domain ID: 4822948_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.corporatedomains.com<br>Registrar URL: http://cscdbs.com<br>Updated Date: 2025-05-16T17:28:48Z<br>Creation Date: 1999-03-30T05:00:00Z<br>Registry Expiry Date: 2027-03-30T04:00:00<br>● Domain Name: Z.COM<br>Registry Domain ID: 4822839_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.discount-domain.com<br>Registrar URL: http://gmo.jp<br>Updated Date: 2024-12-02T15:16:01Z<br>Creation Date: 1997-12-19T05:00:00Z<br>Registry Expiry Date: 2025-12-18T05:00:00Z<br>■ **Single letter domain names were able to be registered in 1997 and 1999.** |

| Q1 | | | **ICANN and IANA Reserved Names Report for RN-WG** (Prepared Timothy Denton and Mawaki Chango, 6 March 2007) |
|----|--|--|---|

- Regarding the reasoning for making the name reservation on these 17 names: present staff at ICANN were not involved in the decision making process. We have started the documentation search regarding these reservations and will make contact with those involved with making the reservation. We have had discussions regarding this issue but will not be able to generate a formal report in the near term
- Dan Halloran has pointed out that if IANA's or ICANN's current set of reserved names were ever disputed, the entire UDRP process is under the aegis of ICANN. This would have the effect of making it appear that ICANN was sitting in judgment of its own interests. The better way to avoid this possibility was to keep them reserved.

**Q2**

**GNSO Reserved Name Working Group Report Table of Contents**

- The "schedule of reserved names" was born with the new TLD registry agreements in early 2001. A consultation with ICANN officials yielded the same result: no one recalls any record of any public or private document that describes the rationale for having a scheduled names list, or that describes the reasons why particular strings were included (or excluded).

- Some members of the Working Group on Reserved Names believe that ICANN and IANA should not be able to reserve if other entities must register names in order to keep them from public use.

■ Prove that JOn Poster is an arbitrary behavior

■ Prove that what Danny Younge is saying is true

■ Prove that all the so-called reservations since 2001 are without justifiable reasons

■ ICANN has made incorrect reservations. Auction, trademark priority, and lottery are not effective means, and ICANN can only retain them for the sake of "preservation", which has no practical significance. Only through judicial procedures like CM.COM can it be resolved. The plaintiff has seen hope, so there will be more lawsuits happening. If the judgment supports the plaintiff, then the judgment will become evidence for others to sue ICANN, and there may be a large number of claims. Settlement will not generate new evidence, and ICANN can be safely settled. The possibility of the plaintiff losing the lawsuit is almost non-existent. No one would have thought that JOn Poster's arbitrary behavior would lead to today's trouble, and ICANN should not be blinded by greed.

| R1 | | com Registry Agreement (March 1, 2006).Defending with ICANN Beijing |
|---|---|---|



| | | https://www.icann.org/en/registry-agreements/com/com-registry-agreement-1-3-2006-en |
|---|---|---|
| | | ● <mark>Page Updated 21-Sep-2009</mark> |
| | | ■ The website was created or modified three days before the defense, apparently for the purpose of litigation. see 2009- Beijing No.2 Middle School 7342 |

北京市第二中级人民法院    intermediate people's court

申请人: 互联网名称与数字地址分配机构    Applicant: Internet Name and Digital Address Assignment Agency

委托代理人:    agent:

二〇〇九年九月二十四日    September 24th. 2009

| R2 | | com Registry Agreement (25 May 2001) |
|---|---|---|
| | | https://www.icann.org/en/registry-agreements/com/com-registry-agreement-25-5-2001-en |
| | | Page updated 23-Sep-2003 |
| | | (c) 2003 The Internet Corporation for Assigned Names and Numbers. All rights reserved. |
| | | ■ <mark>The agreement of May 25, 2001, Page updated 23-Sep-2003</mark> |

| R3 | | **Release for Registration one .COM Domain Name with a Single-Character Label: O.COM** https://www.icann.org/en/public-comment/proceeding/release-for-registration-one-com-domain-name-with-a-single-character-label-ocom-10-05-2018 |
|---|---|---|

Comments Closed

Report of Public Comments

View Comments

<mark>There were too many voices of doubt and opposition, so ICANN closed the forum, stating that email is personal privacy and can only be accessed after subscribing. After subscribing, it is also known as requesting from the administrator.</mark>

**Originating Organization**