# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIFEN MO,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS and VERISIGN, INC.,<br><br>    Defendants. | Case No. 2:25-cv-09014-SPG-AJR<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br>**[ECF NOS. 18, 19, 23, 27, 34, 44, 47]** |

Before the Court is the Parties' Joint Stipulation Regarding Plaintiff's Motion for Leave to File a Second Amended Complaint. (ECF No. 47 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's motions for leave to file a Second Amended Complaint (ECF Nos. 23, 44) are GRANTED;
2. Plaintiff's motion to remand the case to state court (ECF No. 34) is DENIED as moot;
3. Defendants' motions to dismiss Plaintiff's First Amended Complaint

(ECF Nos. 18, 19) are DENIED as moot;

4. The Clerk shall file ECF No. 23 as the Second Amended Complaint; and

5. Defendants shall file any motions to dismiss Plaintiff's Second Amended Complaint no later than thirty (30) days after the entry of this Order.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE