**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUIFEN MO,<br>Plaintiff,<br>v.<br>VERISIGN, INC.,<br>Defendants. | Case No. 2:25-cv-09014-SPG-AJR<br>**JUDGMENT [JS-6]** |

On July 7, 2026, the Court granted the Motion to Dismiss filed by Defendant VeriSign, Inc. ("Verisign") and dismissed Plaintiff's Fourth Amended Complaint in its entirety with prejudice, (ECF No. 106).

Accordingly, IT IS HEREBY ORDERED AND ADJUDICATED that:

- Judgment shall be entered in favor of Defendant Verisign and against Plaintiff;
- Plaintiff shall take nothing on her Fourth Amended Complaint; and
- The entire action is dismissed WITH PREJUDICE as to Defendant Verisign.

The Court deems Defendant Verisign the prevailing party for purposes of Federal Rule of Civil Procedure 54(d) and Local Rule 54-1.

**IT IS SO ORDERED.**

Dated: July 23, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE